In re Zaza A. KAVTELADZE, Alexandr P. Korshok, Andrej A. Kadnikov, Palle Hansen and Beth Kirts.

No. 99–1549.

United States Court of Appeals, Federal Circuit.

April 27, 2000.

ON MOTION

*ORDER*

Appellants Zaza A. Kavteladze et al. move without opposition to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

1. The motion is granted, and this appeal is dismissed with prejudice, each side to bear its own costs.

2. The case is remanded to the United States Patent and Trademark Office for action consistent with the Decision of the Board of Patent Appeals and Interferences of June 17, 1999.